STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant
ADAM IRA STEPHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00671-YGR (DMR) |
| Plaintiff, | [PROPOSED] AMENDED ORDER OF RELEASE |
| v. | |
| ADAM IRA STEPHENS, | |
| Defendant. | |

Following a hearing on the matter, and based on the Newbridge Foundation's acceptance of Mr. Stephens into the inpatient program there with a start date of Monday October 22, 2012, it is hereby

ORDERED that Defendant Stephens be brought to the United States Courthouse in Oakland on Monday, October 22, 2012 and released in his street clothes from the United States Marshals' Office, whereupon he will be taken directly to the Newbridge Foundation by a representative thereof. It is further

ORDERED that Mr. Stephens report directly to the Pretrial Services Agency upon his release if he is not met by a representative of the Newbridge Foundation upon release . It is further

- 1 -

ORDERED that, upon release and thereafter, Mr. Stephens follow the rules of the Newbridge Program, the directions of the Pretrial Services Agency, and all of the conditions set forth in the Bond and Conditions of Release issued by this court.

DATED: 10/19/12

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE