1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant STEPHENS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,          )
                                      )    No. CR 12- 00671-YGR
           Plaintiff,                 )
12                                    )    STIPULATION TO CONTINUE; ORDER
   vs.                                )    CONTINUING CASE AND EXCLUDING
13                                    )    TIME UNDER THE SPEEDY TRIAL ACT
   ADAM IRA STEPHENS,                 )
14                                    )
           Defendant.                 )
15 _____)

16
           IT IS HEREBY STIPULATED, by and between the parties to this action, that the
17
   MOTIONS/TRIAL SETTING  HEARING date of November 1, 2012 presently scheduled at
18
   2:00 p.m., before the Honorable Yvonne Gonzales Rogers, be vacated and re-set for November
19
   29, 2012 at 2:00 p.m. for  TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.
20
           The reason for this request is that defense counsel is continuing to review discovery and
21
   investigate this case.  The defendant has recently begun treatment in a residential treatment
22
   center and counsel will need additional time to meet with him and review discovery.  The
23
   discovery includes police reports from multiple agencies, as well as still photographs, audio
24
   recording(s), and CAD reports.  There are a number of potential defense investigative tasks to
25
   undertake, including the interviewing of witnesses and physical inspection of evidence.
26

                                            1

1       The parties agree and stipulate that the time until November 29, 2012 should be

2 excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of

3 the continuance outweigh the bests interests of the public and the defendant in a speedy and

4 public trial.  The continuance is necessary to accommodate counsel's preparation efforts.

5

6

7                                           /s/
Date   10/30/12                    John Paul Reichmuth

8                                         Assistant Federal Public Defender
Counsel for defendant STEPHENS

9

10

11                                           /s/
Date   10/30/12                    Brian Lewis

12                                           Assistant United States Attorney

13

14       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
within this efiled document.                   /S/ John Paul Reichmuth

15                                         Counsel for Defendant Stephens

16

17

18

19

20

21

22

23

24

25

26

1

2

ORDER

3
      The court finds that the ends of justice served by the granting of the continuance

4
outweigh the bests interests of the public and the defendant in a speedy and public trial. The

5
continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings,

6
IT IS HEREBY ORDERED THAT the above-captioned matter be continued to November 29,

7
2012 at 2:00 p.m., and that time be excluded from the date of this order to November 29, 2012

8
pursuant to 18 U.S.C. §§3161(h)(7)(A).

9

10
      IT IS SO ORDERED.

11

12

13
  October 31, 2012
Date

14
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

3