STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ADAM STEPHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 12 00671 YGR |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs.   ) | |
| ) | |
| ADAM STEPHENS,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

Adam Stephens presently is scheduled to appear in this Court on 9 May 2013 for a status conference or further hearing regarding his motion to suppress evidence, which is now under submission. A scheduling conflict recently arose in a separate matter that defense counsel has pending before Judge Jeffrey White, United States v. Ingles, CR 13 00077 JSW, and that matter now is set for 9 May 2013 as well. Because the defendant in the matter before Judge White is in custody and wishes to resolve his case, and Mr Stephens is out of custody, and because defense counsel has a scheduling conflict involving these two matters, IT IS STIPULATED AND AGREED that Mr Stephens's matter be continued to 16 May 2013. Further, the parties agree that time is currently excluded from the Speedy Trial clock because of the pending pretrial motion before the Court under 18 U.S.C. § 3161(h)(1)(D).

STIP AND ORD                                   1

SO STIPULATED.

Dated: 8 April 2013

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: 8 April 2013

/s/
_____
BRIAN LEWIS
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that this matter be continued to 16 May 2013 at 3:00 p.m. The status conference date of 9 May 2013 is VACATED. Further, time is excluded from the Speedy Trial clock because of the pending pretrial motion before the Court under 18 U.S.C. § 3161(h)(1)(D).

Dated: May 8, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge

STIP AND ORD                               2