1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant STEPHENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13-00671-YGR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO SEPTEMBER 5, |
| | ) | 2013 AND ORDER |
| ADAM IRA STEPHENS, | ) | |
| Defendant. | ) | |

The above-captioned matter is set on July 18, 2013 before this Court for a status hearing. The parties jointly request and stipulate that the Court continue the matter to September 5, 2013 at 2:00 p.m. FOR CHANGE OF PLEA OR TRIAL SETTING HEARING. The government will request a trial date if a change of plea is not entered on September 5, 2013.

Defense counsel initially had this case and transferred it to another attorney during defense counsel's family leave. Defense counsel has renewed his representation of Mr. Stephens and is reviewing the case anew. Mr. Stephens has been in inpatient drug treatment until very recently, and counsel and Mr. Stephens have had few opportunities to communicate. Cousnel needs additional time to discuss with Mr. Stephens his options and to investigate mitigation issues, if a change of plea is decided upon. Defense counsel will be in trial the week of July 22, 2013 and out of the district from August 16 through August 25, 2013, and

Stip. Req. To Continue Hearing Date

government counsel will not be available on August 15.  The court does not have criminal calendars on August 1 or August 8, and cannot take any more guilty pleas on August 29, 2013. Continuity of counsel thus also provides a basis for this continuance and exclusion of time, since September 5, 2013 is the first available date for both counsel at which a plea could be taken.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the parties agree that the period of time from July 18, 2013 until September 5, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation of defense counsel and also for continuity of defense counsel, taking into account the exercise of due diligence.

DATED: July 17, 2013

/s/
_____
BRIAN LEWIS
Assistant United States Attorney

DATED: July 17, 2013

/s/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Adam Stephens

Stip. Req. To Continue Hearing Date            2

# ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of July 18, 2013, scheduled at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, be vacated and reset for September, 5 2013, at 2:00 p.m. for TRIAL SETTING OR CHANGE OF PLEA and that time be excluded from the date of this Order until September 5, 2013, pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

July 18, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States Distirct Judge